IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN STANDISH BURKE,

    Petitioner,          No. CIV S-06-0569 GEB KJM P

    vs.

A.P. KANE, Warden, et al.,

    Respondents.        ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        Petitioner asks that the court stay his habeas petition as he exhausts state court remedies with respect to three claims. In Rhines v. Weber, 544 U.S. 269, 125 S.Ct. 1528, 1535 (2005), the Supreme Court recognized the district court's authority to stay a mixed petition for writ of habeas corpus (one in which a habeas petitioner asserts some claims where state court remedies have been exhausted and some claims where state court remedies have not been exhausted) if the court finds good cause for petitioner's failure to exhaust earlier and merit to the claims petitioner is seeking to exhaust.

        As it stands petitioner has failed to meet the Rhines standard. The court will give petitioner leave to file a second motion for stay, but if petitioner fails to file a second motion, or

1

1 | to meet the Rhines standard in his second motion, this action will proceed on claims one and two
2 | in the habeas petition already on file.
3 |     In accordance with the above, IT IS HEREBY ORDERED that:
4 |     1. Petitioner's March 17, 2006 motion for stay is denied; and
5 |     2. Petitioner is granted thirty days within which to file a second motion for stay.
6 | If petitioner fails to file a second motion for stay, or if petitioner fails to meet the standard for a
7 | stay identified in Rhines v. Weber, the action will proceed on claims one and two in the habeas
8 | petition already on file.
9 | DATED: 10/19/06
10 |     UNITED STATES MAGISTRATE JUDGE

/mp
burk0569.mfs