IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN S. BURKE,

      Petitioner,           No. CIV S-06-0569 GEB KJM P

  vs.

A.P. KANE, et al.,

      Respondents.        ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        On October 19, 2006 petitioner was given leave to file a motion for a stay. Petitioner was informed that if he did not file a motion for a stay within thirty days, this action would proceed only on claims 1 and 2 in his application for writ of habeas corpus. Petitioner did not file a motion for a stay. Therefore, respondents will be directed to respond to claims 1 and 2. With respect to claims 3 and 4, respondents should indicate whether they are willing to waive the requirement that petitioner exhaust state court remedies with respect to any claim before presenting it in this court. 28 U.S.C. § 2254(b)(1). If respondents are willing to waive the exhaustion requirement, they should respond to claims 3 and 4. If not, no further response is necesary.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondents are directed to file a response to claims 1 and 2 in petitioner's habeas application within sixty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases. With respect to claims 3 and 4, respondents shall indicate whether they are willing to waive the requirement that state court remedies be exhausted with respect to those claims. If respondents are willing to waive the exhaustion requirement, respondents should respond to claims 3 and 4. If not, no further response is necessary.

2. Petitioner's traverse, if any, shall be filed and served within thirty days of service of an answer;

3. If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within thirty days of service of the motion, and respondents' reply, if any, shall be filed within fifteen days thereafter; and

4. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: May 1, 2007.

_____
U.S. MAGISTRATE JUDGE

1
burk0569.100(11.18.06)