IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN S. BURKE,

    Petitioner,                 No. CIV-S-06-0569 GEB KJM P

  vs.

A.P. KANE, et al.,

    Respondents.           <u>ORDER</u>

                               /

        Respondents have requested an extension of time to file their answer.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Respondents' June 28, 2007 request for an extension of time is granted; and

        2. Respondents are granted thirty days from the date of this order in which to file their answer.  Petitioner's traverse, if any, shall be filed within thirty days thereafter.

DATED: July 12, 2007.

                                             U.S. MAGISTRATE JUDGE

1
burk0569.111