IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN S. BURKE,

      Petitioner,                      2:06-cv-0569-GEB-KJM-P

    vs.

A. P. KANE, et al.,

      Respondents.              ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's October 29, 2009 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

///

1

1  For the reasons set forth in the magistrate judge's September 10, 2009 findings
2  and recommendations, petitioner has not made a substantial showing of the denial of a
3  constitutional right.  Accordingly, a certificate of appealability should not issue in this action.
4  Dated:  November 25, 2009

```
                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge
```